FILED

06/12/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0384

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0384

_____

SALLY JO BECK, VIVID PROPERTIES, LLC,
CURT and CARRIE BATES, GARY and ANN
LIBECAP, LIBECAP REVOCABLE TRUST,
DON and ANITA COURTNEY, COURTNEY
FAMILY TRUST, MARK CARPENTER, KEVIN
and MARGIE HUGUET, DONALD and NANCY
HALL, PHILLIP and JANE HALL, and SHALOM
HOUSE, LLC,

      Plaintiffs, Counter Defendants,
      and Appellees,

    v.

JOHN DIMAR, DIMAR FAMILY LLC, a
Kentucky Limited Liability Company, and DIMAR
FAMILY PARTNERSHIP, LTD,

      Defendants, Counterclaimants,
      and Appellants.

ORDER

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable John W. Larson, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 12 2024